**4:22-mj-2163**
MISCELLANEOUS
DEL RIO DIVISION

United States Courts
Southern District of Texas
FILED

*September 12, 2022*

Nathan Ochsner, Clerk of Court

CASE No.: DR:21-CR-02059(1)-AM

DEFENDANT'S:

#1  Evelyn Ninoska Rivera                    #1  [FPD] John Robert Lamont

| | | | |
|---|---|---|---|
| JUDGE: | ALIA MOSES | AUSA: | Jesse Eshkol |
| DEPUTY CLERK: | Jessica Patino | INTERPRETER: | ☐ Y ☒ N  Enrique Noriega |
| COURT REPORTER: | Vickie-Lee Garza | PROB. OFFICER: | |
| DATE: | Friday, March 18, 2022 | TIME: | 11:27am - 11:29am   2 minutes |

**PROCEEDINGS**

ATTORNEY STATUS HEARING NOT HELD

DEFENDANT FAILED TO APPEAR

COURT ISSUES BENCH WARRANT

A true copy of the original, I certify.
Clerk, U.S. District Court
By _____
Deputy Clerk